## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

|  |  |  |
|---|---|---|
| JOAN COLBURN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Civil Action No: |
| | : | 3:22-cv-632 |
| RANGEL RAMIREZ AND FEDEX GROUND | : | |
| PACKAGE SYSTEM, INC. | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF REMOVAL

Now come, defendants, FEDEX GROUND PACKAGE SYSTEM, INC. and RANGEL RAMIREZ; (hereinafter as "Defendants") seeking rights to DUE PROCESS, under the UNITED STATES CONSTITUTION, in the above-named caption, do hereby respectfully notify the United States District Court District of Connecticut Division in New Haven, herein called the ("Federal District Court,") Pursuant to 28 U.S.C. §1441, that the Defendants, on the 5th day of May 2022, removed the civil action commenced in Connecticut Superior Court J.D. of Fairfield, herein called the ("State Court") by Joan Colburn, herein called the ("Plaintiff"). The Plaintiff commenced the said action on March 22, 2022. In support of this removal, the Defendants file this Notice of Removal based on 28 U.S.C. § 1141(b); 28 U.S.C. § 1332(a)(1); 28 U.S.C. § 1332(c)(1); US Constitution Article III; and the Federal Courts Jurisdiction and Venue Clarification Act of 2011.

## STATE COURT ACTION

1. A civil action has been instituted against Defendants in the above-entitled action in the Superior Court of the State of Connecticut, Judicial District of Fairfield at Bridgeport, entitled <u>Joan Colburn v. Rangel Ramirez and FedEx Ground Package System, Inc</u>. *See* A copy of Plaintiff's Complaint, dated March 22, 2022, annexed hereto as **Exhibit "A".**

2. On or about April 6, 2022, a copy of the Plaintiff's Complaint was served upon Defendant, FedEx Ground Package System, Inc. Defendant was served through CT Corp. *See* **Exhibit "B"**.

3. Upon information and belief, defendant, Rangel Ramirez, has not been served with a copy of the Summons and Complaint.

4. According to the Return of Service, Plaintiff attempted to make service upon Rangel Ramirez by leaving a copy of the Summons and Complaint at the office of the Commissioner of Motor Vehicles. However, Rangel Ramirez is not a resident of Connecticut and has not been a resident of Connecticut since before this action began. Therefore, service was not proper under CT Gen Stat § 52-63 (2012).

5. Plaintiff commenced this action against the Defendants as a result of an alleged motor vehicle collision on Interstate 95 in Greenwich, Connecticut on March 24, 2022. *See* **Exhibit "A"**.

6. Additionally, Plaintiff's Complaint alleges negligence. *See* **Exhibit "A"**.

7. Defendants request to remove this action from the Superior Court of Connecticut to the Federal District Court on the basis of Diversity Jurisdiction, 28 U.S.C. §1332, and which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441.

8. This Notice of Removal is timely filed in that it is filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which…" this action is based. 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

9. Upon information and belief, Plaintiff is domiciled in the State of Connecticut and resides at 53 Cherry Street, Apt. R3, in the town of Milford, Connecticut. *See* **Exhibit "C"**.

10. Defendant, FedEx Ground Package System, Inc., is a corporation incorporated in the State of Delaware.

11. Defendant, FedEx Ground Package System, Inc.'s principal place of business is located at 1000 FedEx Drive, Moon Township, Pennsylvania.

12. Defendant, Rangel Ramirez, is domiciled in the State of New York and resides at 25 Vanvlack Road, in the town of Hopewell Junction, New York.

13. Complete Diversity of Citizenship exists because, for the purpose of diversity, Plaintiff is a citizen of Connecticut; defendant, FedEx Ground Package System, Inc., is a citizen of Delaware and Pennsylvania; and defendant, Rangel Ramirez, is a citizen of New York. *See* 28 U.S.C. § 1332(c).

## AMOUNT IN CONTROVERSY

16. Plaintiff's Complaint alleges that she is entitled to recover monetary damages as a result of the injuries she sustained and alleges past and future medical expenses and mental anguish, frustration and anxiety.  Plaintiff alleges the following injuries in her Complaint: cervical and lumbar strain, pain, and tenderness; body aches; head impact, dizziness, headaches; Raynaud's Phenomenon; numbness and tingling in extremities; joint pain in hands and feet; lower neck strain, pain and tenderness; shoulder strain and pain that radiates down her arms. *See* **Exhibit "A".**

17. Given Plaintiff's allegations in the Complaint, the damages sought will be in excess of $75,000, which would allow this Court jurisdiction pursuant to 28 U.S.C. §1446(c)(2)(A)(ii). *See generally*, 28 U.S.C. § 1332(a).

18. As required by 28 U.S.C. § 1146(a), a true and correct copy of all process served upon the Defendants, and within Defendants' possession, in the action is attached. *See* **Exhibit "B"**.

## VENUE

19. Defendants claim venue for removal is proper in this District Court on the grounds that the action is between the citizens of different states and allegedly involves a claim in excess of $75,000.00, exclusive of interests and costs; and is thereby removable under 28 U.S.C. § 1441, et seq.

## NOTICE

20. Written Notice of the filing of this Notice of Removal and Petition will be electronically filed with the Clerk for the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport and served on all parties pursuant to 28 U.S.C. § 1446(d). *See* a copy of said Notice of Removal annexed hereto as **Exhibit "D"**. Moreover, a list of all counsel of record, including their contact information, and the parties represented by counsel are identified within the written Notice of Removal. *See* **Exhibit "D"**.

Dated: May 5, 2022

Respectfully Submitted,

**FEDEX GROUND PACKAGE SYSTEM, INC., and RANGEL RAMIREZ**

BY: _____
Mitchell Ayes, Esq.

Callahan & Fusco, LLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
(877) 618-9770
mayes@callahanfusco.com

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing was mailed or will immediately be mailed or delivered electronically or non-electronically on May 5, 2022, to all counsel and self-represented parties of record and that the written consent for electronic delivery was received from all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Kaelyn M. Mostafa, Esq.
Cohen and Wolf, P.C.
*Attorneys for Plaintiff*
115 Broad Street
Bridgeport, Connecticut
(203) 337-4147

By: _____
      Mitchell Ayes, Esq.