**CALLAHAN & FUSCO** LLC
Attorneys at Law
100 Pearl Street | 14th Floor
Hartford | Connecticut | 06103 | 877-618-9770

Connecticut | Florida | Georgia | Massachusetts | New Jersey | New York | Pennsylvania

Mitchell Ayes, Esq. | Partner
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
877-618-9770 | F: 973-618-9772
mayes@callahanfusco.com

May 13, 2022

**VIA ECF**

The Honorable Michael P. Shea, UDSJ
U.S. District Court
District of Connecticut (New Haven)
450 Main Street - Annex 135
Hartford, Connecticut 06103

| | |
|---|---|
| Re: | **Colburn, Joan v. Rangel Ramirez and Fedex Ground Package System, Inc.** |
| Docket No.: | **3:22-cv-00632-MPS** |
| Date of Loss: | **March 24, 2020** |
| Our File No.: | **FXGNE-596** |

Your Honor:

Please be reminded that we represent Defendants, FedEx Ground Package System, Inc. and Rangel Ramirez, in the above-referenced action.

The Court submitted an Order on May 6, 2022, indicating that it had determined that the events underlying this complaint gave rise to another substantially similar case, *Supan v. Ramirez et al*, 22cv272. We are in accord with the court and also believe that this case and that of *Supan* should be consolidated in the interest of judicial efficiency.

We have heard from plaintiff's counsel in *Supan*, Luke Mario, Esq., and Plaintiff's counsel in this matter, Kaelyn Mostafa, Esq., who present no objections to the consolidation. Based on the above, we request that this case and *Supan v. Ramirez et al*, 22cv272, be consolidated.

Thank you for your attention.

Respectfully submitted,

MITCHELL AYES, ESQ.

MRA/rm
CC:   Kaelyn M. Mostafa, Esq.
        Attorney for Plaintiff, Joan Colburn
        Cohen and Wolf, P.C.
        1115 Broad Street

Bridgeport, CT 06604

Luke Mario, Esq.
*Attorney for Plaintiff, Rebecca Supan*
Carter Mario Law Firm
100 Plains Road
Milford, Connecticut